Gigi

 Fourth Court of Appeals
 San Antonio, Texas
 April 10, 2015

 No. 04-14-00721-CV

 Andrés RAMOS Jr.,
 Appellant

 v.

 Gigi CASTANEDA,
 Appellee

 From the County Court, Maverick County, Texas
 Trial Court No. 3220
 Honorable Ron Carr, Judge Presiding

 ORDER
Sitting: Patricia O. Alvarez, Justice
 Luz Elena D. Chapa, Justice
 Jason K. Pulliam, Justice

 This court issued its opinion and judgment on March 18, 2015. On April 6, 2015, pro se
appellant Andrés Ramos Jr. filed a letter with this court which we construe as a motion for
rehearing and a motion for extension of time to file a motion for rehearing. See TEX. R. APP. P.
49.1, 49.8.
 The court has considered Appellant’s motion for rehearing; the motion is DENIED. See
TEX. R. APP. P. 49.7.

 _________________________________
 Patricia O. Alvarez, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 10th day of April, 2015.

 ___________________________________
 Keith E. Hottle
 Clerk of Court